IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF/RESPONDENT

v.                                    4:97-cr-40013

STEVEN W. WOOLDRIDGE                                           DEFENDANT/MOVANT

**ORDER**

    Before the Court is the Report and Recommendation filed September 28, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 101.  Judge Ford recommends that Defendant/Movant Wooldridge's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be denied.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Defendant/Movant Wooldridge's motion (ECF No. 95) is **DENIED** and his claims are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 15th day of December, 2015.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge