IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF/RESPONDENT

V.                                CASE NO. 4:97-cr-40013

STEVEN W. WOOLDRIDGE                                           DEFENDANT/PETITIONER

# ORDER

Petitioner Wooldridge filed a notice of appeal (ECF No. 104) on February 8, 2016, after the Court denied his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.[1] Petitioner Wooldridge, however, cannot appeal the denial of his habeas petition unless a circuit or district judge issues a certificate of appealability. Thus, the Court will construe the notice of appeal as a notice of appeal and a motion for certificate of appealability.

To obtain a certificate of appealability, a habeas petitioner must make a substantial showing of the denial of a constitutional right. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A "substantial showing of the denial of a constitutional right" requires a demonstration "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Id.*, 529 U.S. at 484 (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1989)).

---

[1] On January 4, 2016, Petitioner Wooldridge filed a motion to reconsider the Court's order denying his habeas motion. ECF No. 103. Before the Court issued a ruling on the motion to reconsider, Petitioner Wooldridge filed a notice of appeal. ECF No. 104. Because Petitioner is now appealing the order denying his habeas motion, the Court finds that the motion to reconsider (ECF No. 103) is moot.

After carefully considering Petitioner Wooldridge's arguments, this Court concludes that no reasonable jurist could debate whether the Court's assessment of Petitioner Wooldridge's 28 U.S.C. § 2255 motion should have been resolved in a different manner or that the issues otherwise require further proceedings. *See Slack v. McDaniel*, 529 U.S. at 484. Because Petitioner Wooldridge has not met his burden to obtain a certificate of appealability, his motion is **DENIED**.

**IT IS SO ORDERED**, this 10th day of February, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge