IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF/RESPONDENT

v.                            Civil No. 4:97-CR-40013

STEVEN W. WOOLDRIDGE                                    DEFENDANT/RESPONDENT

## ORDER

Before the Court is the Report and Recommendation filed March 2, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 112. Judge Ford recommends that Defendant's Motion for Leave to Appeal In Forma Pauperis be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Defendant's Motion for Leave to Appeal In Forma Pauperis (ECF No. 111) is **DENIED**.

**IT IS SO ORDERED**, this 26th day of May, 2016.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge