


https://publichealth.harriscountytx.gov/Resources/2019-Novel-Coronavirus

8/7/2020 at 3:32 p.m.

GOVERNMENT EXHIBIT 2