---

FROM: Begin, Micheal
TO: 05381010
SUBJECT: Pro Se Motion
DATE: 09/15/2026 11:06:01 PM

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v. Case No. 4:97-cr-40013-001
STEVEN W. WOOLDRIDGE,
Defendant.

PRO SE MOTION FOR SENTENCE REDUCTION / COMPASSIONATE RELEASE

PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) AND U.S.S.G. § 1B1.13

COMES NOW the Defendant, Steven W. Wooldridge, proceeding pro se, and respectfully moves this Honorable Court for a reduction of his sentence to time served, or in the alternative to time served with a period of home confinement as a condition of supervised release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and the applicable policy statement at U.S.S.G. § 1B1.13.

I. INTRODUCTION AND REQUEST FOR RELIEF
Mr. Wooldridge is 70 years of age and has been continuously incarcerated since August 1, 1997 nearly 29 years. He was sentenced on June 25, 1998, to life imprisonment without the possibility of release for kidnapping resulting in death, in violation of 18 U.S.C. § 1201, pursuant to a plea agreement under which the Government withdrew its notice of intent to seek the death penalty.
Mr. Wooldridge previously sought compassionate release (Docs. 120, 139). This Court denied the motion (Doc. 142), and the Eighth Circuit summarily affirmed (No. 24-2394). This successive motion is based on materially changed and additional circumstances that have arisen or intensified since the prior denial, including further aging, progressive deterioration of multiple serious medical conditions, additional time served approaching the 30-year mark, and continued exemplary rehabilitation.
Mr. Wooldridge respectfully requests that the Court reduce his sentence to time served (or time served plus a term of home confinement as a condition of supervised release) because extraordinary and compelling reasons exist, the factors under 18 U.S.C. § 3553(a) support a reduction, and he no longer poses a danger to the community under 18 U.S.C. § 3142(g).

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Under 18 U.S.C. § 3582(c)(1)(A), a defendant may file a motion after fully exhausting administrative rights to appeal a failure of the Bureau of Prisons (BOP) to bring a motion on his behalf, or after the lapse of 30 days from the warden's receipt of a request, whichever is earlier.

Mr. Wooldridge has submitted (or is contemporaneously submitting) a new formal request for compassionate release / reduction in sentence to the Warden of his current facility based on the updated circumstances set forth herein. More than 30 days have elapsed (or will have elapsed by the time of any hearing) without a response, or any denial will be appealed through the BOP Administrative Remedy Program. Exhaustion is therefore satisfied or will be satisfied prior to any decision on the merits. See 28 C.F.R. §§ 571.61 571.63; Program Statement 5050.50.

III. EXTRAORDINARY AND COMPELLING REASONS

U.S.S.G. § 1B1.13(b) provides that extraordinary and compelling reasons exist under any of the following circumstances or a combination thereof, including medical circumstances and age of the defendant. Rehabilitation may be considered in combination with other circumstances. § 1B1.13(d).
A. Medical Circumstances U.S.S.G. § 1B1.13(b)(1)(B)

Mr. Wooldridge suffers from multiple serious physical and medical conditions that have intensified since the prior motion, including but not limited to:

*Congestive heart failure / cardiac failure (including history of aortocoronary bypass);

---

*Cirrhosis of the liver with associated esophageal varices;
*Type II diabetes mellitus with neurological manifestation and progressive diabetic retinopathy / macular edema placing him at high risk of severe vision loss or blindness;
*Hypertension and hyperlipidemia;
*Internal derangement of the knee and other mobility-limiting conditions;
*Additional complications arising from these primary conditions (including wound-care issues and difficulty managing diet and medication within the institutional setting).

These conditions constitute serious physical or medical conditions, and/or deteriorating physical health because of the aging process, that substantially diminish his ability to provide self-care within the correctional environment and from which he is not expected to fully recover. Management of advanced cardiac disease, end-stage liver disease complications, and progressive diabetic eye disease is increasingly difficult in the prison setting, particularly as vision and mobility decline. Updated medical records (to be submitted under seal or provided upon request) document the progression.

B. Age of the Defendant U.S.S.G. § 1B1.13(b)(2)

Mr. Wooldridge is at least 65 years old (approximately 70), is experiencing serious deterioration in physical health because of the aging process (as detailed above), and has served far more than 10 years of his term of imprisonment (nearly 29 years). He therefore independently qualifies under the age provision.

C. Rehabilitation in Combination with Other Factors U.S.S.G. § 1B1.13(d)

Although rehabilitation alone is not sufficient, it may be considered in combination with the medical and age factors. Mr. Wooldridge has:

*Maintained a clean disciplinary record for decades;
*Worked productively in UNICOR for over 20 years;
*Completed numerous rehabilitative, educational, and vocational programs (often without priority placement because of his life sentence);
*Progressed from high-security to medium-security housing;
*Demonstrated consistent good conduct and maturity over nearly three decades.

He is not the same person who committed the offense in 1997. At 70 years of age, after nearly 29 years of incarceration, the combination of advanced age, progressive serious medical conditions, and sustained rehabilitation constitutes extraordinary and compelling reasons.

IV. THE § 3553(a) FACTORS SUPPORT A REDUCTION

The Court must also consider the factors set forth in 18 U.S.C. § 3553(a). While the nature and circumstances of the original offense were extremely serious Mr. Wooldridge has never denied the gravity of the crime or the lasting harm inflicted the remaining factors now weigh in favor of a reduction:

*The need to reflect the seriousness of the offense, promote respect for the law, and provide just punishment has been substantially met by nearly 29 years of incarceration under a life sentence.
*Deterrence (both general and specific) has been served by the length of time already served and the public nature of the proceedings.
*Protection of the public is adequately addressed by Mr. Wooldridge's advanced age, serious medical limitations, clean institutional record, and proposed release plan (residence with family, Social Security benefits, access to health insurance and medical care).
*The kinds of sentences available and the need to avoid unwarranted disparities are served by recognizing the changed circumstances of an elderly, seriously ill defendant who has already served nearly three decades.
*Rehabilitation and the passage of time further support that a sentence of time served is now sufficient but not greater than necessary.

V. SAFETY CONSIDERATIONS UNDER 18 U.S.C. § 3142(g)

Mr. Wooldridge does not pose a danger to the safety of any other person or the community. His advanced age, multiple serious and progressive medical conditions, long period of exemplary institutional adjustment, and concrete release plan (family support, fixed income, medical care) all demonstrate that any residual risk is minimal and can be managed through conditions

---

of supervised release, including home confinement if the Court deems it appropriate.

VI. CONCLUSION AND PRAYER FOR RELIEF

For the foregoing reasons, Defendant Steven W. Wooldridge respectfully requests that this Court:

1. Grant this Motion and reduce his sentence to time served; or
2. In the alternative, reduce his sentence to time served and impose a period of home confinement as a condition of supervised release; and
3. Grant such other and further relief as the Court deems just and proper.

Mr. Wooldridge requests that the Court appoint counsel if it determines that appointment would assist in the presentation of medical evidence or legal issues, and that any medical records be filed under seal.

Respectfully submitted this 22 day of Sept, 2026.

Steven W. Wooldridge
Reg. No. 05381-010
Defendant, Pro Se

CERTIFICATE OF SERVICE
I hereby certify that on this 22 day of Sept, 2026, a true and correct copy of the foregoing Motion was served upon the United States Attorney for the Western District of Arkansas by first-class mail or via the Court's electronic filing system, and upon the Warden of my facility.

______________________
Steven W. Wooldridge
Defendant, Pro Se

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 00778272

Dept. of Justice / Federal Bureau of Prisons

Team Date: 09-25-2026

Plan is for inmate: WOOLDRIDGE, STEVEN W 05381-010

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VIP CODE | C | VVCC ASE SUSPENSION/ALIGNMENT | 10-08-2008 | 02-13-2009 |
| VIP | C | RPP USP CMC RPP OVERVIEW (C5) | 03-28-2008 | 03-28-2008 |
| BMP | C | BEGINNING ART CLASS | 08-10-2007 | 10-17-2007 |
| BMP | C | CODE PROGRAM | 05-17-2001 | 05-21-2002 |
| BMP | C | 2 HR.COURSE FOR OFF&REC AIDES | 07-09-2002 | 09-26-2002 |
| BMP | C | SEWING VT: M-F 12:30P-3:30PM | 01-20-1999 | 02-19-1999 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-15-2010 |
| CARE3 | UNSTABLE, COMPLEX CHRONIC CARE | 02-14-2024 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 08-17-2021 |
| LOWER BUNK | LOWER BUNK REQUIRED | 04-01-2025 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-01-2024 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-29-2021 |
| SOFT SHOES | SOFT SHOES ONLY | 03-19-2024 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-04-2016 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG E COMP | DRUG EDUCATION COMPLETED | 04-27-1999 |
| DRG I RQ C | DRG INTRV REQD: CONTRB TO OFF | 10-16-1998 |
| MAT DECL | MED ASSIST TRMT DECLINE | 10-29-2024 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment: COMPLT FINANC RESP-COMPLETED Start: 04-20-2016**

Inmate Decision: **AGREED** **$25.00** Frequency: **SINGLE**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | REST FV | $7,947.56 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months: $293.84 Payments commensurate ? Y

New Payment Plan: ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 07-17-2023 |
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 08-18-2020 |
| INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-23-2026 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 09-23-2026 |
| N-COGNTV N | NEED - COGNITIONS NO | 09-23-2026 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 00778272
Dept. of Justice / Federal Bureau of Prisons
Team Date: 09-25-2026
Plan is for inmate: WOOLDRIDGE, STEVEN W 05381-010

| | | | |
|---|---|---|---|
| Facility: | BUT BUTNER MED I FCI | Proj. Rel. Date: | UNKNOWN |
| Name: | WOOLDRIDGE, STEVEN W | Proj. Rel. Mthd: | LIFE |
| Register No.: | 05381-010 | DNA Status: | THP02233 / 03-15-2011 |
| Age: | 70 | | |
| Date of Birth: | 11-15-1955 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Inmate Photo ID Status

Full status incomplete - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | REC PM | REC PM ORD 12:30PM-8:30PM | 08-26-2026 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| BUT | ESL HAS | ENGLISH PROFICIENT | 11-09-1998 |
| BUT | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-09-1998 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| BUT | | CARDIO COURSE | 07-29-2026 | CURRENT |
| BUT GP | C | CROCHET CLASS | 07-01-2026 | 09-02-2026 |
| BUT GP | C | BEGINNER CALLIGRAPHY | 06-08-2026 | 07-12-2026 |
| BUT GP | C | CARDIO COURSE | 05-20-2026 | 06-21-2026 |
| BUT GP | C | INTRODUCTION TO HOBBYCRAFT | 05-19-2026 | 05-22-2026 |
| BUT GP | C | SOFTBALL OFFICIATING CLASS | 04-09-2026 | 04-15-2026 |
| BUT GP | C | WELLNESS YOGA CLASS | 12-01-2025 | 01-18-2026 |
| BUT GP | C | HEALTH FAIR | 10-29-2025 | 10-29-2025 |
| BUT GP | W | SUICIDE WATCH INMATE OBSERVER | 03-25-2024 | 10-07-2025 |
| GRE | C | V-SEW MACH REP DOL APSHIP | 12-05-2019 | 07-14-2022 |
| THP | C | TRAINING REC AIDE/INSTRUTOR | 07-18-2016 | 08-08-2016 |
| THP | C | INTRO TO LEATHER AT USP | 07-05-2015 | 10-26-2015 |
| THP | C | AT RISK HIV | 04-30-2014 | 06-20-2014 |
| THP | C | HEALTH FAIR | 06-11-2014 | 06-13-2014 |
| THP LCP | C | LCP MUSIC APPRECIATION/CON MAS | 10-07-2012 | 01-07-2013 |
| THP LCP | C | MS 7 TO YOUR CREDIT MON 630 | 12-03-2012 | 12-10-2012 |
| THP LCP | C | MS 6 KEEP IT SAFE MON 630 | 11-17-2012 | 12-03-2012 |
| THP LCP | C | MS5 PAY YOURSELF 1ST MON 630 | 11-12-2012 | 11-17-2012 |
| THP LCP | C | MS 4 MONEY MATTERS MON 630 PM | 10-22-2012 | 11-12-2012 |
| THP LCP | C | MS 3 CHECK IT OUT MONDAY 630 | 10-15-2012 | 10-22-2012 |
| THP LCP | C | MS2 BORROWING BASICS MON 630 | 10-08-2012 | 10-15-2012 |
| THP LCP | C | MS 1 BANK ON IT MONDAY 630 PM | 10-07-2012 | 10-08-2012 |
| THP LCP | C | ACE NUTRITION IN LCP UNIT | 03-25-2012 | 07-31-2012 |
| THP LCP | C | ACE KEYBOARDING IN LCP UNIT | 03-25-2012 | 07-31-2012 |
| THP LCP | C | ACE YOGA IN LCP UNIT | 04-15-2012 | 07-22-2012 |
| THP LCP | C | ACE AEROBICS IN LCP UNIT | 03-25-2012 | 07-08-2012 |
| THP LCP | C | ACE LEADERSHIP TUES 630 PM | 05-14-2012 | 08-15-2012 |
| THP LCP | C | REC BEGINNING DRAWING | 02-07-2012 | 03-08-2012 |
| VIP CODE | C | IN CHAPEL FROM 7:30-8:00 AM | 10-31-2008 | 01-28-2011 |
| VIP CODE | C | IN 3A FROM 8:00-10:30 AM | 08-13-2009 | 01-28-2011 |
| VIP CODE | C | SOFTBALL OFFICIATING CLASS | 04-09-2010 | 04-25-2010 |
| VIP CODE | C | SOFTBALL OFFICIATING CLASS | 04-18-2009 | 05-07-2009 |
| VIP CODE | C | MICRO-SOFT COMPUTER CLASS | 01-05-2009 | 03-31-2009 |
| VIP CODE | C | MAVIS BECKIN TYPING | 01-05-2009 | 03-27-2009 |

# Individualized Needs Plan - Program Review (Inmate Copy)

SEQUENCE: 00778272

Dept. of Justice / Federal Bureau of Prisons

Team Date: 09-25-2026

Plan is for inmate: WOOLDRIDGE, STEVEN W 05381-010

| Assignment | Description | Start |
|---|---|---|
| N-EDUC N | NEED - EDUCATION NO | 09-23-2026 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 09-23-2026 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 09-23-2026 |
| N-MEDICL Y | NEED - MEDICAL YES | 09-23-2026 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 09-23-2026 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 09-23-2026 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 09-23-2026 |
| N-TRAUMA Y | NEED - TRAUMA YES | 09-23-2026 |
| N-WORK N | NEED - WORK NO | 09-23-2026 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 09-23-2026 |

## Progress since last review

Wooldridge has continued to maintain clear conduct as well as his work assignment. He has successfully completed several courses.

## Next Program Review Goals

Submit an electronic Cop-out to Psychology requesting to take the RESOLVE program.

## Long Term Goals

After completing the next review items, it is recommended that you look at accomplishing the following long-term goals: Enroll and complete Non-Residential DAP.

## RRC/HC Placement

No.
Management decision - Life Currently.

## Comments

**YOU ARE ADVISED TO: MAINTAIN FAMILY/COMMUNITY TIES; DEVELOP AN APPROPRIATE RELEASE PLAN; COMPLETE A RESUME AND EMPLOYMENT FOLDER; OBTAIN YOUR SOCIAL SECURITY CARD AND BIRTH CERTIFICATE. NOTIFY THE CASE MANAGER OF FUTURE EMPLOYMENT PLANS UPON RELEASE.
**REVIEW YOUR "CURRENT FSA ASSIGNMENTS" LISTED ON THIS PACKET. YOU MUST TAKE COURSES THAT PERTAIN TO YOUR LISTED FSA NEEDS. *
**IF YOU ARE LISTED AS "REFUSE" IN A FIRST STEP ACT AREA, YOU CANNOT EARN FEDERAL TIME CREDITS OR INCENTIVES REGARDLESS OF ELIGIBILITY.
**NOTE: THE CASE MANAGER CAN SEE WHEN YOU HAVE BEEN PLACED ON A WAITING LIST FOR A CLASS.
**IF YOU HAVE PENDING CHARGES OR LODGED DETAINERS, IT IS YOUR RESPONSIBILITY TO PROVIDE DOCUMENTATION TO THE RECORDS OFFICE INDICATING THAT THEY HAVE BEEN RESOLVED. ONCE THE RECORDS OFFICE VERIFIES THE CHARGES ARE RESOLVED, THE CASE MANAGER WILL BE NOTIFIED. YOU ARE NOT ELIGIBLE FOR RRC PLACEMENT OR RDAP UNTIL DOCUMENTATION IS VERIFIED BY THE RECORDS OFFICE THAT YOU DON'T HAVE ANYTHING PENDING**
** PREA Risk Factors Readdressed - Inmate was reviewed during Program Review at BUT and reported no additional or relevant information regarding PREA concerns. No Apparent PREA Criteria Met.**

**Individualized Needs Plan - Program Review (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: WOOLDRIDGE, STEVEN W 05381-010

SEQUENCE: 00778272

Team Date: 09-25-2026

Name: WOOLDRIDGE, STEVEN W

DNA Status: THP02233 / 03-15-2011

Register No.: 05381-010

Age: 70

Date of Birth: 11-15-1955

Steve Wooldridge

Inmate (WOOLDRIDGE, STEVEN W. Register No.: 05381-010)

9-25-26

Date

Unit Manager / Chairperson

Case Manager

Date

Date